**Order entered June 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00061-CR
### No. 05-14-00062-CR
### No. 05-14-00063-CR

**TASHIMA NICOLE EVERHART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-25802-S, F08-25716-S, F08-25717-S**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's May 22, 2014 certification of appellant's right to appeal in cause no. 05-14-00061-CR (trial court no. F08-25802-S).

We **ORDER** court reporter Winnie Lacy to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the June 25, 2010 hearing in these cases.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary

Fitzsimmons, Dallas County District Clerk; court reporter Winnie Lacy; and to counsel for all parties.

/s/     DAVID EVANS
            JUSTICE